UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OKLAHOMA

| | |
|---|---|
| 1) MID-SOUTH IRON WORKERS WELFARE PLAN;<br>2) IRON WORKERS MID SOUTH PENSION FUND;<br>3) OKLAHOMA IRON WORKERS' DIRECT CONTRIBUTION PLAN AND TRUST;<br>4) OKLAHOMA IRON WORKERS' APPRENTICESHIP & TRAINING FUND LOCAL 584; and<br>5) LOCAL UNION NO. 584 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS,<br><br>   PLAINTIFFS,<br><br>v.<br><br>1) SCHUFF STEEL COMPANY,<br><br>   DEFENDANT | Case No. 22-cv-24-TCK-JFJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs, the Mid-South Iron Workers Welfare Plan ("Welfare Plan"), the Iron Workers Mid-South Pension Fund ("Pension Fund"), the Oklahoma Iron Workers' Direct Contribution Plan and Trust ("Direct Contribution Plan"), Oklahoma Iron Workers Apprenticeship & Training Funds Local 584 ("Apprenticeship Fund") (collectively referred to as "Plaintiff Funds"), and Local Union No. 584 of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Local") ("Plaintiffs") and Defendant, Schuff Steel Company ("Defendant"), and having settled the matters between them and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal with prejudice of all claims as asserted in the above-entitled cause. Except to the extent agreed in the Settlement Agreement, the terms of which have been performed, the parties to bear their respective costs and attorney's fees.

MONAGHAN•WARRICK•KING

   /s/   W. Brant Warrick
Kelly F. Monaghan (OK Bar No. 11681)
W. Brant Warrick (OK Bar No. 30967)
4111 South Darlington, Suite 900
Tulsa, Oklahoma 74135
Telephone: (918) 627-6202
Facsimile: (918) 627-6265
kmonaghan@mwkoklaw.com
bwarrick@mwkoklaw.com
ATTORNEYS FOR PLAINTIFFS


JORGENSON PLLC

   /s/   Anthony J. Jorgenson
Anthony J. Jorgenson (OK Bar No. 17074)
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Telephone (405) 812-1431
Anthony@JorgensonPLLC.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of November, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony J. Jorgensen
JORGENSON, PLLC
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Telephone: (405) 812-1431
Anthony@JorgensonPLLC.com


   /s/   W. Brant Warrick
    W. Brant Warrick